Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000
hayes@hugheshubbard.com

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARGARET STEINHOFF et ux., MICHAEL
STEINHOFF,

        Plaintiffs,

   -against-

MERCK & CO., INC.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 CV 03074



No.: _____

**Rule 7.1 Statement**

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and is not aware of any beneficial owner of more than ten percent of its Common Stock.

60250636_1.DOC

Dated: New York, New York
       March 26, 2008

                                  Respectfully submitted,

                                  HUGHES HUBBARD & REED LLP

                                  By: /s/ Vilia B. Hayes
                                  Theodore V. H. Mayer
                                  Vilia B. Hayes
                                  Robb W. Patryk
                                  hayes@hugheshubbard.com

                                  One Battery Park Plaza
                                  New York, New York 10004-1482
                                  (212) 837-6000

                                  *Attorneys for Defendant Merck & Co., Inc.*